IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY HOUSTON HOLT**                                                                      **PLAINTIFFS**
**ADC #129616 et al.**

v.                     **CASE NO. 5:19-CV-00081 BSM**

**WENDY KELLEY, et al.**                                                                **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 22] is adopted, and the defendants' motion for summary judgment on exhaustion [Doc. No. 16] is denied.

IT IS SO ORDERED this 7th day of November 2019.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE