IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY HOUSTON HOLT,** *et al.*                                                         **PLAINTIFFS**
**ADC #129616**

v.                              **CASE NO. 5:19-CV-00081-BSM**

**DEXTER PAYNE,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE