UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **GREGORY HOLT**, *et al*, <br><br> Plaintiff, <br><br> v. <br><br> **DEXTER PAYNE,** Director, Arkansas Department of Correction, in his official capacity only, *et al.;* <br><br> Defendants. | Case No. 5:19-cv-81-BSM-JTK |

## NOTICE OF WITHDRAWAL OF KIMBERLY NOE-LEHENBAUER

PLEASE TAKE NOTICE that Kimberly Noe-Lehenbauer, Esq. of the CAIR Legal Defense Fund, hereby withdraws her appearance as one of the attorneys of record for Plaintiffs in this matter. Lena F. Masri, Esq., Gadeir I. Abbas, Esq., and Justin Sadowsky, Esq. will remain attorney of record along with Douglas Laycock, Esq., admitted pro hac vice, for Plaintiffs.

1

Respectfully submitted,

CAIR LEGAL DEFENSE FUND

BY:    /s/ Lena F. Masri
LENA F. MASRI (DC: 1000019)
        lmasri@cair.com
GADEIR I. ABBAS (VA: 81161)#
        gabbas@cair.com
JUSTIN SADOWSKY (DC: 977642)
        jsadowsky@cair.com
453 New Jersey Ave, SE
Washington, DC 20003
Phone: (202) 742-6420

DOUGLAS LAYCOCK*
        dlaycock@virginia.edu
727 E. Dean Keeton St.
Austin, TX 78705
Phone: (512) 232-1224

*Attorneys for Plaintiffs*

*\* Pro hac vice*
*# Licensed in VA, not in DC. Practice limited to federal matters.*

Dated: March 11, 2025