IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY HOUSTON HOLT**  **PLAINTIFFS**
**and WAYDE STEWART**

v.                    CASE NO. 5:19-CV-00081-BSM

**DEXTER PAYNE,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the orders entered on April 16, 2024 [Doc. No. 179] and today, judgment is entered for defendants on plaintiffs' claims challenging the ADC's religious headdress policy and judgment is entered for plaintiffs on their claims challenging the ADC's Jumu'ah service policy.

IT IS SO ORDERED this 8th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE