# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

5:19-cv-00081-BSM

November 26, 2025

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 26, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
          DEP CLERK
```

RE:  25-3349  Gregory Holt, et al v. Dexter Payne, et al

Dear Counsel:

The District Court Clerk has transmitted a notice of cross-appeal and docket entries, together with notification that the docket fee is pending. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this cross-appeal has today been assigned the docket number indicated. However, pursuant to Rule 3(e), Federal Rules of Appellate Procedure, you must pay this court's docket fee of $600 to the Clerk of the District Court, in addition to a $5.00 Filing Fee and any other applicable district court fees.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

The briefing schedule established today supersedes all other schedules. The briefing schedule will be forwarded under separate Notice of Docket Activity.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc:    Gadeir Ibrahim Abbas
       Clerk, U.S. District Court, Eastern District of Arkansas
      Elaine M Hinson
      H Douglas Laycock
      Lena F. Masri
      Samuel S. McLelland
      James D Rankin III
      Sarah Tacker

    District Court/Agency Case Number(s):   5:19-cv-00081-BSM

**Caption For Case Number:   25-3349**

Gregory Houston Holt, also known as Abdul Maalik Muhammad; Wayde Earl Stewart

        Plaintiffs - Appellees

v.

Dexter Payne, Director, Arkansas Department of Corrections, in his official and individual capacities

        Defendant - Appellant

Dale Reed, Chief Deputy Director, Arkansas Department of Correction, in his official capacity only

        Defendant

Joshua Mayfield, Administrator of Religious Services, Arkansas Department of Correction, in his official capacity only; Aundrea Culclager, Warden, Tucker Maximum Security Unit, Arkansas Department of Correction, in her official and individual capacities; Tommy Bourgeois, Chaplain, Tucker Maximum Unit, Arkansas Department of Correction, in his official and individual capacities

        Defendants - Appellants

**Addresses For Case Participants:   25-3349**

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Gadeir Ibrahim Abbas
CAIR LEGAL DEFENSE FUND
453 New Jersey Avenue, S.E.
Washington, DC  20003

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

H Douglas Laycock
UNIVERSITY OF VIRGINIA SCHOOL OF LAW
SL-251
580 Massie Road
Charlottesville, VA  22903-1789

Lena F. Masri
CAIR LEGAL DEFENSE FUND
453 New Jersey Avenue, S.E.
Washington, DC  20003

Samuel S. McLelland
PPGMR LAW, PLLC
P.O. Box 3446
Little Rock, AR  72203

James D Rankin III
PPGMR LAW, PLLC
P.O. Box 3446
Little Rock, AR  72203

Sarah Tacker
PPGMR LAW, PLLC
P.O. Box 3446
Little Rock, AR  72203

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**CROSS-APPEAL BRIEFING SCHEDULE ORDER**

Appeal No.    25-2999    Gregory Holt, et al v. Dexter Payne, et al
              25-3349    Gregory Holt, et al v. Dexter Payne, et al

Date:         November 26, 2025

**APPEAL REQUIREMENTS**

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information.

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at: www.ca8.uscourts.gov/appeal-preparation-information.

**GENERAL INFORMATION**

The following filing dates are established for the cross-appeals. The dates will only be extended upon the filing of a timely motion establishing good cause. An order granting extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures.

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**The following briefing schedule has been established for these cross-appeals.**
**This schedule supersedes all other schedules.**

**Please refer to Federal Rule of Appellate Procedure 28.1**
**for the procedures governing cross-appeals.**

Method of Appendix Preparation
  Notification - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . .**14 days from date of this schedule**

Designation of Record & Statement of
  Issues - Appellant. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from date of this schedule**

Designation of Record
  Appellee/Cross-Appellant . . . . . . . . . . . . **14 days from service of Appellant's designation**

Brief of Appellant with Addendum. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12/12/2025**
  **( Gregory Houston Holt et al. )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . **21 days from the date the court issues the**
  **( Gregory Houston Holt et al. )**              **Notice of Docket Activity filing of**
                                                    **Appellee/Cross Appellant brief.**

Brief of Appellee/Cross-Appellant
  (with Separate Appendix, if applicable). . . . . . **30 days from the date the court issues the**
                                                    **Notice of Docket Activity filing the brief.**

Reply Brief of
  Appellant/Cross-Appellee . . . . . . . . . . . . . . . **30 days from the date the court issues the**
                                                    **Notice of Docket Activity filing the brief.**

Reply Brief of
  Cross-Appellant . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues the**
                                                    **Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE**
**FILED WITH THE ST. LOUIS OFFICE**