# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**GREGORY HOLT,** *et al.*                                                                                   **PLAINTIFFS**

**v.**                            **CASE NO. 5:19-CV-00081-BSM**

**DEXTER PAYNE,** *et al.*                                                                                   **DEFENDANTS**

## ORDER

Plaintiffs' motion for attorneys' fees and costs as to CAIR Legal Defense Fund [Doc. No. 235] is granted in part and denied in part. Plaintiffs' motion for $11,586.18 in costs is granted because it is reasonable. Plaintiffs' motion for $205,511.25 in attorneys' fees is denied because it is unreasonable; however, a fee of $70,650.95 is reasonable and is hereby awarded.

Defendants are correct that plaintiffs' $205,511.25 fee request is unreasonable. This is true for five reasons. First, the maximum amount plaintiffs may recover is limited to $181,802.10 by the Prisoner Litigation Reform Act. *See* 42 U.S.C. § 1997e(d)(3). Second, plaintiffs' fee request for preparing an unsuccessful motion for summary judgment is excessive and duplicative. Third, plaintiffs achieved limited success. *See Hensley v. Eckerhart*, 461 U.S. 424, 436 (1983) (if plaintiff has achieved only partial or limited success, fee awards for all hours expended in litigation may be excessive). Fourth, 10% is reduced for block billing and vague entries. Finally, plaintiffs withdraw their October 3, 2019 entry seeking fees for 30 hours of work, bringing the total to $70,650.95. *See* Plf.s' Reply at 4, Doc. No. 247.

Accordingly, CAIR is awarded $70,650.95 in attorneys' fees and $11,586.18 in costs.

IT IS SO ORDERED this 19th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE