IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY HOLT,** *et al.*                                               **PLAINTIFFS**

v.                  **CASE NO. 5:19-CV-00081-BSM**

**DEXTER PAYNE,** *et al.*                                             **DEFENDANTS**

## ORDER

Plaintiffs' motion for $120,894.50 in attorneys' fees as to PPGMR Law, PLLC [Doc. No. 224] is denied because it is unreasonable; however, a fee of $62,883.45 is reasonable and is hereby awarded.

Defendants are correct that plaintiffs' $120,894.50 fee request is unreasonable. This is true because (1) plaintiffs achieved limited success on the merits, *Hensley v. Eckerhart*, 461 U.S. 424, 436 (1983) (if plaintiff has achieved only partial or limited success, fee awards for all hours expended in litigation may be excessive); (2) PPGMR's fee requests for preparing several motions, including an unsuccessful motion in limine and TRO, are excessive; and (3) many of PPGMR's requests contain block billing, making it difficult to determine how much time was spent on each task. Accordingly, PPGMR is granted $62,883.45 in attorneys' fees.

IT IS SO ORDERED this 19th day of December, 2025.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE