**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GREGORY HOLT,** *et al.*                                                           **PLAINTIFFS**

**v.**                          **CASE NO. 5:19-CV-00081-BSM**

**DEXTER PAYNE,** *et al.*                                                         **DEFENDANTS**

## ORDER

Jeremy Moten's motion for clarification and a declaration that defendants are in contempt of the August 8, 2025 order [Doc. No. 251] is denied because the clarification order entered on September 11, 2025 is sufficiently clear, and Moten provides no evidence showing defendants are in contempt. The motion is also denied to the extent that it requests an order directing defendants to provide separate services for ceremonies other than Jumu'ah prayer because the relevant order applies only to Jumu'ah services. Moten's motion to proceed *in forma pauperis* [Doc. No. 252] is denied as moot.

IT IS SO ORDERED this 18th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE